# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ANGELICA EVANS,

                    Plaintiff,

       vs.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                  Defendant.

CASE NO. ED CV 13-01500 RZ

JUDGMENT

      In accordance with the Memorandum Opinion and Order filed concurrently herewith,

      IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: 8/4/14

                                _____

                           RALPH ZAREFSKY
         UNITED STATES MAGISTRATE JUDGE